UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:09-CV-559-H

SHAWN T. GIBSON                                                                                    PLAINTIFF

V.

SOLIDEAL USA, INC.                                                                                DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Defendant, Solideal USA, Inc., has moved for its attorney's fees and expenses as a sanction under Rule 11(b), Fed. R. Civ. P., because the lawsuit amounted to harassment and contained allegations which were unlikely to have any evidentiary support. Plaintiff strongly opposes the motion.

The Court has carefully reviewed the case and its own Memorandum Opinion dismissing it. Here, it became evident that Plaintiff did not receive worker's compensation benefits until after his termination and the business conditions also contributed to the termination decision. Though this case ended as a weak one and perhaps, in retrospect, should not have been filed, the Court cannot say that it was frivolous at the outset. Though a showing of bad faith is not a requirement of a successful Rule 11, the Court can find none here. This Court took the appropriate action by dismissing Plaintiff's case. Further sanctions are not warranted under Rule 11.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion for sanctions is DENIED.

cc: Counsel of Record